WILLIAM J. GARCES
WILLIAM N. GRABLER ♦

DUARTE CONTRERAS, JR.
ALAN T. GRENING ■□
ESTHER M. SIEIRA-ALVAREZ
ANIELLO D. CERRETO
JONATHAN A. KESSOUS ◇
JOHN D. CARUSO ✦
ARLINDO B. ARAUJO □◇
DAVID N. FIVELAND
GARY A. CAVALLI
LAWRENCE A. LeBROCQ ✻
KATHLEEN M. GAREA
MICHAEL R. SPECK
KEVIN S. RIECHELSON □
ANA Y. RAMIREZ
DAVID M. WASSERMAN
SUZANNAH R. BROWN
NATALIA C. DIAZ

GERALD B. O'CONNOR, OF COUNSEL
ELIAS B. BASSIL, OF COUNSEL

♦ CERTIFIED WORKERS' COMPENSATION ATTORNEY
✻ CERTIFIED CIVIL TRIAL ATTORNEY
✦ CERTIFIED CRIMINAL TRIAL ATTORNEY
■ MEMBER DC BAR
□ MEMBER PA BAR
◇ MEMBER NY BAR

## LAW OFFICES OF
## GARCES & GRABLER
A PROFESSIONAL CORPORATION

20 GREEN STREET
NEWARK, N.J. 07102
(973) 848-0500
(973) 848-1601 FAX
WWW.GARCESGRABLER.COM

REPLY TO:
☒ NEWARK
☐ 415 WATCHUNG AVENUE
   PLAINFIELD, N.J. 07060
   (908) 769-3366
   (908) 769-7893 FAX
☐ 404 MARKET STREET
   TRENTON, N.J. 08611
   (609) 393-0700
   (609) 393-8581 FAX
☐ 502 AMBOY AVENUE
   PERTH AMBOY, N.J. 08861
   (732) 826-2300
   (732) 826-4027 FAX
☐ 2 SOUTH BROAD STREET
   ELIZABETH, N.J. 07202
   (908) 436-0001
   (908) 436-0002 FAX
☐ 235 LIVINGSTON AVENUE
   NEW BRUNSWICK, N.J. 08901
   (732) 249-1300
   (732) 220-1555 FAX

Se habla español
Mówimy po polsku

September 29, 2008

Honorable Susan D. Wigenton
United States District Court
50 Walnut Street
Newark, NJ 07101

RE: U.S. v. Andre Johnson, 2:07-CR-949
Request for Revocation of Pretrial Release and for
Expedited Sentencing Date

Dear Judge Wigenton,

    As the Court will recall, counsel requested that Mr. Johnson's pretrial release be revoked and that he be ordered detained during the plea hearing. Since that time, I have spoken with A.U.S.A. R. Joseph Gribko and he has no opposition to this request. On a previous occasion, I also spoke with Ken Rowen of Pretrial Services, Mr. Johnson's pretrial services officer. Mr. Rowen fully agrees with ordering Mr. Johnson detained.

    Attached please find a Consent Order reflecting the revocation of pretrial release. If it meets with the Court's approval, please sign it and have your staff file same.

    In addition, during the plea, counsel requested an expedited sentencing date due to the pendency of another case against Mr. Johnson in state court. The Court suggested that Counsel make this request through U.S. Probation. U.S. Probation, however, has advised Counsel that the Court has the authority to order an expedited sentencing date. Counsel, therefore, respectfully renews this request to the Court.

    Thank you for your continual professional courtesy in this matter. I will await a reply from your staff.

By: *[signature]*
JOHN D. CARUSO, ESQ.

Cc: A.U.S.A. R. Joseph Gribko

GARCES & GRABLER, P.C.
20 Green Street
Newark, NJ 07102
(973) 848-0500

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br> **Plaintiff,** <br><br> v. <br><br> **ANDRE JOHNSON,** <br> **Defendant,** | ) **UNITED STATES DISTRICT COURT** <br> ) **DISTRICT OF NEW JERSEY** <br> ) 2:07-CR-949 <br> ) <br> ) **CONSENT ORDER REVOKING** <br> ) **PRETRIAL RELEASE** <br> ) <br> ) |

  THIS MATTER having been brought before the Court by CJA Counsel John D. Caruso, Esq., on behalf of defendant Andre Johnson and R. Joseph Gribko, Esq. appearing on behalf of the Government and consenting to same and U.S. Pretrial Services also consenting to same,

  IT IS FOR GOOD CAUSE SHOWN that the Court hereby revokes previous conditions of pretrial release and HEREBY ORDERS Andre Johnson to be detained.


Dated: _____        _____
                     SUSAN D. WIGENTON
                     United States District Judge