UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Crim No. 07-949(SDW)

UNITED STATES OF AMERICA v. Andre Johnson aka "O.G., 8-Ball"
                                        Defendant

PETITION FOR WRIT OF HABEAS CORPUS:  Your petitioner shows that

1. **Andre Johnson, DOB: 7/25/1985, FBI # 196310EC2** is now confined in Essex County Jail,

2. **Andre Johnson, DOB: 7/25/1985, FBI # 196310EC2** will be required at the United States District Court in Newark, New Jersey on Wednesday, February 4, 2009 at 10:00 a.m. before your Honor for Sentencing in the captioned case, in which he is a defendant and a Writ of Habeas Corpus should be issued for that purpose.

DATED: January 12, 2009

R. Joseph Gribko
Assistant United States Attorney
Petitioner - 973-645-2765

ORDER FOR WRIT:  Let the Writ Issue.

DATED: January 15, 2009

HON. SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE

WRIT OF HABEAS CORPUS:

The United States of America to the Warden of the Northern State Prison.

We Command You that you have the body of **Andre Johnson, DOB:** 7/25/1985, FBI # 196310EC2 (by whatever name called or charged) now confined in Essex County Jail brought to the United States District Court in Newark, New Jersey on Wednesday, February 4, 2009 at 10:00 a.m. before your Honor for Sentencing in the above-captioned matter. Immediately on completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Susan D. Wigenton,
United States District Judge at Newark, N.J.

DATED: Jan. 15, 2009

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk